# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORHERN DIVISION

**ANGELA RICHARDSON**                                                                 **PLAINTIFF**
**ADC #712575**

**V.**                                     **NO. 3:26-cv-00019-KGB-ERE**

**S. LUSTER and**
**KALEMA WATSON**                                                               **DEFENDANTS**

## ORDER

*Pro se* plaintiff Angela Richardson, an Arkansas Division of Correction ("ADC") inmate, filed this 42 U.S.C. § 1983 case. *Doc. 2*. Because Ms. Richardson's original complaint was deficient, I provided her an opportunity to file an amended complaint. *Doc. 4*. Ms. Richardson has now filed an amended complaint. *Doc. 5*.

Ms. Richardson's amended complaint alleges that, in March 2025: (1) Think Legacy Program Instructor S. Luster improperly moved her to a top bunk and assigned white inmates to lower bunks after Ms. Richardson raised a complaint against her fellow inmates; and (2) Captain Kalema Watson improperly removed her from the Think Legacy Program after she drafted an affidavit complaining about Defendant Luster's conduct. She sues these Defendants in both their individual and official capacities seeking monetary and injunctive relief.

For screening purposes, Ms. Richardson has arguably stated First and Fourteenth Amendment claims against Defendant Luster and a First Amendment

claim against Defendant Watson.[1] Service is now proper for those claims.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of Court is directed to prepare summonses for Defendants.

Luster and Kalema Watson.

2.      The United States Marshal is directed to serve each of these Defendants

with a summons and a copy of the complaint and the amended complaint (with any

attachments) (*Docs. 2, 5*), without requiring prepayment of fees and costs or security.

Service for these Defendants should be attempted through the Arkansas Division of

Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

SO ORDERED 10 February 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Screening is mandated by the Prison Litigation Reform Act, which requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b). When making this determination, the Court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).