**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ANGELA RICHARDSON** **PLAINTIFF**
**ADC #712575**

**V.** **NO. 3:26-cv-00019-ERE**

**SABRINA LUSTER and**
**KALEENA WATSON**[1] **DEFENDANTS**

# ORDER

On August 28, 2026, *pro se* plaintiff Angela Richardson filed a notice of change of address indicating that she has been released from custody and is currently residing at a private address. *Doc. 16.* Considering her release, it is unclear whether Mr. Richardson is still entitled to proceed in forma pauperis ("IFP").[2]

Additionally, because of her release, Ms. Richardson has asked for additional time to complete discovery and file any dispositive motions. *Doc. 16*.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to mail Ms. Richardson a free-world application to proceed IFP.

[1] **The Clerk is instructed to update the docket sheet to reflect these Defendants' full and correct names – Sabrina Luster and Kaleena Watson.**

[2] According to the Court's records, Ms. Richardson has paid a total of $148.30, leaving an outstanding balance of $201.70.

2. If Ms. Richardson wishes to continue pursuing this lawsuit, she must, **within 30 days of the entry of this Order,** either: (a) file a completed free-world application to proceed IFP; or (b) pay the $405 filing fee for this action.[3]

3. If Ms. Richardson does not timely comply with this Order, this case is likely to be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

4. Ms. Richardson's motion for an extension of time (*Doc. 16*) is GRANTED.

5. The parties may now have until **October 30, 2026**, to complete discovery. Dispositive motions are now due by **November 30, 2026**.

SO ORDERED 31 August 2026.

UNITED STATES MAGISTRATE JUDGE

[3] Because she has been released, Ms. Richardson no longer qualifies for the reduced fee of $350.